UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-03829-JAK (DFM) | Date | January 4, 2017 |
|---|---|---|---|
| Title | Daniel A. Davis v. Juan Guerrero et al. | | |

Present: The Honorable   Douglas F. McCormick

| Nancy Boehme | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**       (In Chambers) Order to Show Cause

    Plaintiff filed his third amended complaint in this matter on May 9, 2016. Dkt. 20. On October 28, 2016, this Court filed an order directing service of process on 12 individual Defendants as well as the County of Los Angeles. Dkt. 28. At the same time, the Court ordered the Clerk to provide Plaintiff with USM-285 forms and service of process instructions. Dkt. 27. The Court also ordered Plaintiff to file, within thirty (30) days of that order, a Notice of Submission indicating that he had submitted a completed summons, USM-285 forms, and copies of the third amended complaint to the U.S. Marshal's Service. Id. ¶ 3.

    Plaintiff's deadline to file his Notice of Submission has expired. Plaintiff has neither filed his Notice of Submission nor sought an extension of time in which to do so. This represents a failure to prosecute. Accordingly, on or before January 25, 2017, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file his Notice of Submission, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) serve and file his Notice of Submission in the format specified in the Court's October 28, 2016 order.   Plaintiff is expressly forewarned that if he fails to do either, the Court will deem such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.

                                                                                                                                                       :

Initials of Clerk   nkb