JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DANIEL A. DAVIS,<br><br>        Plaintiff,<br><br>      v.<br><br>JUAN GUERRERO et al.,<br><br>        Defendants. | No. CV 15-03829-JAK (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 4/25/17

_____
JOHN A. KRONSTADT
United States District Judge